**AFFIDAVIT IN SUPPORT OF COMPLAINT**

I, Jared Tetzlaff, Task Force Officer with the Drug Enforcement Administration ("DEA"), being duly sworn, deposes and states under penalty of perjury that the following is true to the best of my information, knowledge and belief.

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Task Force Officer ("TFO") with the Drug Enforcement Administration ("DEA"), United States Department of Justice, and as such I am empowered under Title 21, United States Code, section 878, to enforce Title 21 and other criminal laws of the United States, to make arrests and obtain and execute search, seizure, and arrest warrants.

2. I am an employed law enforcement officer employed as a Sheriff Deputy with the Garfield County Sheriff's Office, assigned to the Special Problems Enforcement and Response ("SPEAR") Task Force, and was so employed at all times relevant to this complaint. SPEAR is a multi-jurisdictional Task Force composed of police officers from the Rifle Police Department, Deputies from the Garfield County Sheriff's Office, Special Agents from the DEA and a Special Agent from Homeland Security Investigations ("HSI"). SPEAR is a major crimes Task Force and is located within the DEA Glenwood Springs Post of Duty and as such, SPEAR and DEA will commonly conduct joint drug investigations.

3. I have been employed as a Sheriff's Deputy with the Garfield County Sheriff's Office since January 2013. In July of 2016, I was assigned to the Two Rivers Drug Enforcement Team ("TRIDENT"). The primary function of TRIDENT was the investigation and dismantling of illegal drug distribution networks. In June of 2018, I was deputized as a TFO with the DEA. In approximately November 2022, TRIDENT was re-named SPEAR and SPEAR focuses on all major crimes, not just illegal drugs.

1

4.	I have investigated illegal drug related cases through controlled purchases of illegal drugs, conducted surveillance of suspected illegal drugs deals, utilized confidential informants ("CI") to further investigations and analyzed illegal drug related intelligence reports. I am familiar with many commonly abused illegal drugs, including cocaine, heroin, LSD, marijuana, methamphetamine and fentanyl. I have worked as an undercover officer, and have been involved in discussions and interviews with individuals who are involved in the aspects of sales, transferring, manufacturing, and the use of narcotics, dangerous drugs and/or marijuana. I am also familiar with the appearance, common methods of use, manufacturing, distribution, packaging, and concealing of these drugs, as well as slang terms frequently used to refer to the drugs and things closely related to their use and sale. While employed as a police officer, I have been involved with numerous narcotic related investigations and arrests.

5.	While employed as a Sheriff Deputy and a TFO with DEA, I have completed numerous specialized training courses in narcotics investigations, to include; DEA's basic drug investigation course, DEA Task Force Officer School, search and seizure, drug identification, case development, surveillance, undercover investigations, search warrant preparation and execution, criminal interdiction, interview and interrogation, financial and drug conspiracy investigations, advanced confidential informant management, clandestine lab certification, electronic surveillance and major drug investigations, leading specialized operations, and Mexican drug cartel investigations. I have been involved in investigations of drug trafficking and have participated in previous state and federal wire intercepts. As a result, I am experienced in the means and methods used by persons and drug trafficking organizations to purchase, transport, store, and distribute illegal drugs and the means and methods used to hide profits generated from those transactions. I have also been involved in the analysis of toll and financial records.

6.     I am currently participating in the investigation of fentanyl trafficking that occurred on September 18, 2024, near Rifle, Colorado. As a result of my personal participation in the investigation described herein and my review of the reports, both written and oral, made to me by other law enforcement, witnesses, and other concerned parties, I am familiar with the circumstances of the facts and information contained in this affidavit. I have not included each and every fact known to me concerning this investigation and I have only included those facts that establish probable cause for this Complaint.

7.     This affidavit is made in support of a criminal complaint against Leslie Dalay Lopez Rojas, date of birth 04/02/2004, for a violation of 21 U.S.C. § 841(a)(1), (b)(1)(C)– Possession with intent to Distribute Fentanyl, and for violation of 21 U.S.C. § 846 – Conspiracy to Distribute Fentanyl. This affidavit is intended to set forth probable cause in support of the criminal complaint and does not purport to set forth all my knowledge regarding this investigation.

## PROBABLE CAUSE

### Traffic Stop on September 18, 2024

8.     On September 18, 2024, Colorado State Patrol ("CSP") Trooper Conner Aydt contacted Garfield County Sheriff's Office ("GCSO") Special Problems Enforcement and Response ("SPEAR") Task Force Officer ("TFO") David Mulkey. Trooper Aydt informed TFO Mulkey that a goldish Chevrolet Malibu, bearing California license plate 9AKJ409, and a red Hyundai Sonata, bearing Florida license plate RRCD39, left Phoenix, Arizona, at approximately 9:00 pm last night and the vehicles were traveling in tandem. Trooper Aydt informed TFO Mulkey he learned this information via a law enforcement database.

3

9. Trooper Aydt located the goldish Malibu and red Sonata approximately near mile marker 18 on eastbound Interstate 70. Shortly after Trooper Aydt got behind the Malibu, the Malibu quickly exited Interstate 70 and the Hyundai followed it. Trooper Aydt informed TFO Mulkey the Malibu was occupied by a single female and the Sonata was occupied by a male and female. Trooper Aydt last saw the Malibu and Sonata near mile mark 26 eastbound Interstate 70.

10. At approximately 9:46 am, GCSO Deputy Josh Hernandez observed a goldish Chevrolet Malibu, bearing California license plate 9AKJ409, and a red color Hyundai Sonata, bearing Florida license plate RRCD39, near mile mark 75 traveling eastbound on Interstate 70, near Parachute, Colorado 81635 in Garfield County. While traveling eastbound on Interstate 70 near mile mark 75, Deputy Hernandez observed the Malibu make an unsafe lane change and cut off another motorist, causing the other motorist to hit their brakes. Near mile mark 78 eastbound on Interstate 70, Deputy Hernandez also observed the Malibu traveling to closely to an additional motorist, a semi-tractor trailer. Deputy Hernandez advised that if the semi-tractor trailer would have hit their brakes, at the speeds the tractor trailer and the Malibu were traveling, this would have caused an accident. Deputy Hernandez advised the Malibu was following so closely to the tractor trailer that it looked like the tractor trailer was towing the Malibu.

11. Near mile mark 81 on eastbound Interstate 70, Deputy Hernandez conducted a traffic stop on the Chevrolet Malibu. Deputy Hernandez informed the driver and sole occupant of the Malibu, later identified by an Arizona temporary paper instruction permit as Leslie Dalay LOPEZ Rojas, (hereafter referred to as Leslie) of the traffic violations and the reason for contact. Leslie informed Deputy Hernandez that she has a permit. Deputy Hernandez asked

4

Leslie for the vehicle insurance and rental agreement. Deputy Hernandez returned to his marked patrol vehicle and at approximately 9:47 am, TFO Mulkey arrived on scene.

12.     Deputy Hernandez starts to write a warning for the traffic violations and TFO Mulkey approached the Malibu and spoke with Leslie. While speaking with Leslie, TFO Mulkey observed a small overnight bag in the back passenger seat of the Malibu. TFO Mulkey asked Leslie where she was going and Leslie advised she was on her way to Denver, Colorado. TFO Mulkey noticed there was a language barrier and retrieved his cellphone from his patrol vehicle and returned back to Leslie in the Malibu. Due to the traffic noise and officer safety, TFO Mulkey requested Leslie to exit the Malibu and speak with him. TFO Mulkey used the Apple translate application on his GCSO issued cellphone to translate their conversation. TFO Mulkey asked Leslie why she was going to Denver and Leslie informed TFO Mulkey that she was going to see family. TFO Mulkey asked Leslie how long she was going to be in Denver and Leslie advised 8 days. TFO Mulkey noticed this was unusual since Deputy Hernandez informed TFO Mulkey the Malibu needed to be returned to the rental company back in the Phoenix area on September 21, 2024, as well as Leslie only having a small overnight bag for her belongings.

13.     TFO Mulkey asked Leslie if she had any illegal drugs in the vehicle. Leslie responded "no" very slowly and shook her head no. TFO Mulkey asked Leslie if she would consent to a voluntary search of the Malibu. TFO Mulkey informed Leslie the consent search was completely voluntary, and she could refuse at any time. Leslie acknowledged by stating "yeah" and shook her head in an up and down motion. At this time, TFO Nate LaGiglia arrived on scene and remained with Leslie. Before conducting the consent search of the Malibu, TFO

5

Mulkey again informed Leslie the consent search was completely voluntary. Leslie again acknowledged that she understood and agreed to a consent search.

14.     At approximately 9:59 am, TFO Mulkey and Deputy Hernandez began a consent search of the Malibu. TFO Mulkey began searching the driver's compartment and noticed the front floor mats, along with the front passenger floor mats were missing from the Malibu. TFO Mulkey looked in the rear passenger seat and noticed the rear passenger floor mats were also missing. TFO Mulkey observed the carpet in between the driver and passenger side door to have been manipulated. TFO Mulkey used the key fob and opened the trunk of the Malibu. TFO Mulkey observed all the vehicles floor mats in the trunk of the Malibu. TFO Mulkey observed the cardboard cover for the spare tire partially offset, which allowed TFO Mulkey to observe a blue in color substance where the Malibu's spare tire should be. TFO Mulkey lifted up the spare tire cover and observed a large amount of vacuum sealed packages containing small, circular blue pills, which TFO Mulkey knows from his training and experience to be consistent with fentanyl pills (Exhibit 1).



15. At approximately 10:00 am, TFO Mulkey informed TFO LaGiglia to place Leslie in custody. GCSO Patrol Commander Osborne and Drug Enforcement Administration ("DEA") Special Agent ("SA") Alison Richards arrived on scene. TFO Mulkey, Commander Osborne, SA Richards and Deputy Hernandez collected Exhibit 1 and placed them in the rear of TFO Mulkey's patrol vehicle. SA Richards also collected Leslie's cellphone that was plugged in and charging on the center console of the Malibu, next to a Red Bull that was in the cup holder. Leslie's cellphone had Apple Maps open with directions to Denver. SA Richards also collected the rental agreement for the Malibu, along with Leslie's identification. TFO Mulkey located a large amount of United States currency in Leslie's small black purse, which was on the front passenger seat of the Malibu. SA Richards seized the U.S. Currency as suspected drug proceeds. SA Richards located additional banking cards with Leslie's name in Leslie's purse. All items collected from the Malibu were also placed in TFO Mulkey's patrol vehicle.

16. TFO Mulkey, GCSO Deputy Gabriel Herrera and Deputy Hernandez processed Exhibit 1 as evidence. Exhibit 1 consisted of 51 vacuum sealed bags, all of which contained small, circular, blue pills imprinted with "M" on one side of the pill and "30" on the other side (suspected fentanyl pills) which the total weight was approximately 59.64 pounds. Due to officer safety concerns of exposure to fentanyl, Exhibit 1 was not NIK tested. TFO Mulkey secured Exhibit 1 in SPEAR temporary storage, pending transfer to the DEA laboratory for further analysis.

17. At approximately 10:29 am, Rifle Officers Jaime Jaramillo and Mason Burris located the red Hyundai Sonata, bearing Florida license plate RRCD39, at the Hampton Inn & Suites, located at 715 Megan Avenue in Rifle, Colorado 81650 in Garfield County. Officer

Jaramillo later informed Your Affiant that when they contacted the Sonata, it was unoccupied, and Rifle Officers observed a male exiting the hallway of the hotel.

18.   Officer Jaramillo advised the male and female loitered around the hotel for approximately 10-15 minutes. Officer Jaramillo informed Your Affiant that he and Officer Burris observed the male and female walk to Culvers, located at 600 Airport Road in Rifle.

19.   At approximately 10:38 am, Deputy Hernandez transported Leslie to the Rifle Police Department for further questioning.

20.   At approximately 10:47 am, Officer Jaramillo and Officer Burris contacted the male and female that they observed loitering around the Hampton Inn, at Culvers. SPEAR TFO Nate LaGiglia arrived on scene. Officer Jaramillo asked the male and female if the red Sonata was theirs, which the male acknowledged and advised it was their vehicle. The male and female were later identified as Christopher Daniel GAYTAN Adriano and Consuelo Stephanee PENA. Officer Jaramillo advised GAYTAN informed him that he (GAYTAN) went to the restroom when he (GAYTAN) was in the hotel. Officer Jaramillo advised GAYTAN and PENA agreed to a consent search of the Sonata and of their belonging. Officer Jaramillo advised no illegal drugs were found in the Sonata or in GAYTAN or PENA's belongings. Officer Jaramillo did advise that both GAYTAN and PENA had large amounts of U.S. Currency in their possession.

21.   TFO LaGiglia located and seized a large amount of U.S. Currency that was located in PENA's purse as suspected drug proceeds. TFO LaGiglia located and seized a large amount of U.S. Currency that was located in GAYTAN's pocket as suspected drug proceeds. TFO LaGiglia transported GAYTAN's U.S. Currency to the Rifle Police Department, where the U.S. Currency was transferred to SA Richards and Your Affiant. TFO Mulkey transported

8

LOPEZ Rojas' U.S. Currency to the Rifle Police Department, where it was transferred to SA Richards and Your Affiant. SA Richards and Your Affiant transported LOPEZ Rojas and GAYTAN's U.S. Currency to the SPEAR Office, where they were placed in a secure temporary storage. TFO LaGiglia transported PENA's U.S. Currency to the SPEAR Office, where it was transferred to SA Richards and Your Affiant. SA Richards and Your Affiant secured PENA'S U.S. Currency in SPEAR temporary storage.

22. While conducting an interview of LOPEZ Rojas at the Rifle Police Department, Rifle Officers detained GAYTAN and PENA. Rifle Officers transported GAYTAN and PENA to the Rifle Police Department for further questioning.

23. On September 24, 2024, at approximately 10:00 am, SPEAR TFO Matthew Graham removed Exhibit 1 from SPEAR temporary storage and transported Exhibit 1 to the SPEAR Office. TFO Graham, SA Richards, SA Vincent Surace and Your Affiant transported Exhibit 1 to the DEA Grand Junction Residence Office ("GJRO"), where they processed Exhibit 1 as DEA evidence. The 51 vacuum sealed bags were placed on a DEA calibrated scale and Exhibit 1 weighed approximately 60.90 pounds.

//

//

//



24. Through training and experience, SA's and TFO's know that one fentanyl pill weighs approximately 0.01 grams, therefore there are approximately 10 fentanyl pills per gram. SA's and TFO's know there are approximately 454 grams in one pound. The estimated amount of Exhibit 1 is approximately 276,486 fentanyl pills.

25. On September 25, 2024, Your Affiant removed the seized U.S. Currency from SPEAR temporary storage where it was transported to Alpine Bank, located at 100 East 4th Street in Rifle, CO. The U.S. Currency in LOPEZ Rojas' possession was determined to be $1,040.00, the U.S. Currency in PENA's possession was determined to be $905.00, and the U.S. Currency in GAYTAN's possession was determined to be $773.00 and all converted to cashier's checks. The cashier's checks were then transported back to the SPEAR Office and subsequently mailed to the GJRO high value seized recovered monies custodian to be mailed to the USMS pending forfeiture.

**LOPEZ Rojas Interview on September 18, 2024**

26.  On September 18, 2024, at approximately 10:56 am, SA Richards and Your Affiant conducted an interview of Leslie LOPEZ Rojas at the Rifle Police Department. Due to the language barrier, Rifle Corporal Diego Pena provided LOPEZ Rojas a Rifle Police Department Miranda Warning and Waiver Form in Spanish. LOPEZ Rojas acknowledged and signed the form that she understood and agreed to answer questions. This report was recorded on Your Affiant's Garfield County Sheriff's Office ("GCSO") body camera and is not verbatim.

27.  LOPEZ Rojas advised she has lived in Phoenix for the last four years. LOPEZ Rojas initially advised that a girl she doesn't know, introduced her to a guy she doesn't know, and the girl and guy told LOPEZ Rojas that if she took a car to Colorado, that LOPEZ Rojas could keep the money that was in the car, which was $1,000.00, and they gave her the car in Phoenix. LOPEZ Rojas advised she did not know that drugs were in the car. LOPEZ Rojas stated when "they" gave her the car, there was a red car parked nearby and the red car followed her here (to the point where she was pulled over near Rifle).

28.  LOPEZ Rojas then stated that Stephanee PENA and Christopher (GAYTAN) were in the red car that was nearby when she left Phoenix around 7:00 pm the night prior (09/17/24) and she saw the red car following her the whole way. LOPEZ Rojas stated she believed drugs could be in the car and she would stay with PENA and GAYTAN while on the trip. LOPEZ Rojas stated that PENA told Leslie the trip would last three days.

29.  LOPEZ Rojas explained that PENA is the cousin of two of her roommates, that PENA and GAYTAN have been married for 6 months, that PENA and GAYTAN have known each other for approximately 10 years, and that PENA and GAYTAN have a kid together.

11

LOPEZ Rojas stated that PENA and GAYTAN live at 2901 Thomas Road in Phoenix (this address is later identified as 2902 North 51st Drive in Phoenix, which is at the intersection of North 51st Drive and Thomas Road). LOPEZ Rojas advised she has previously been to PENA and GAYTAN's residence. PENA referred to their residence as an "office" and LOPEZ Rojas stated that PENA and GAYTAN also have an "office" on 55th Avenue. LOPEZ Rojas stated the residence at 2902 North 51st Drive and the "office" on 55th Avenue "seemed weird" because both locations had bathrooms, no bedrooms, and "were not set up to live in."

30.     LOPEZ Rojas advised that this is the first time that she has "drove" for GAYTAN and PENA and the first time she has ever done this. LOPEZ Rojas explained that her roommate, once told LOPEZ Rojas that PENA pays well, the job was cool because you got to drive cars around and see the country. LOPEZ Rojas advised that she did this because she was on hard times financially and the McDonald's she worked at only paid $15.00 an hour.

31.     LOPEZ Rojas initially stated she met PENA and GAYTAN at their residence on the night they left, but then later advised that GAYTAN picked her up from her apartment and GAYTAN drove her to GAYTAN and PENA's residence. On the way, GAYTAN gave LOPEZ Rojas $1,000.00 and told her that this was the beginning of the money and GAYTAN would give her $500.00 "on the way back." When GAYTAN and LOPEZ Rojas arrived at PENA and GAYTAN's residence, PENA was there, and GAYTAN gave LOPEZ Rojas vehicle keys and said, "here's the keys for the car you're going to drive." LOPEZ Rojas stated that GAYTAN put an address in her cellphone and gave her a water and a Red Bull. LOPEZ Rojas advised that she did not know what was in the car, but figured it was drugs and what she was doing was illegal, and that she had a feeling that something wasn't right.

32. LOPEZ Rojas stated she did not know where in Colorado she was going to, and that GAYTAN and PENA would give her updated directions along the way. LOPEZ Rojas stated that when she arrived in Denver, GAYTAN and PENA were going to give her further directions. LOPEZ Rojas stated that both GAYTAN and PENA were giving her directions. LOPEZ Rojas stated that while driving, GAYTAN and PENA would check in on her by sending her text messages asking if she was okay, if she needed to go to the restroom, and they were making sure that LOPEZ Rojas wasn't breaking any rules.

33. At approximately 12:18 pm, LOPEZ Rojas read and voluntarily signed a Rifle Police Department form authorizing law enforcement to search her cellphone. LOPEZ Rojas stated her passcode on her cellphone is 197604. LOPEZ Rojas stated that she did not have GAYTAN's cellphone number saved in her cellphone but GAYTAN's cellphone number is possibly 602-637-8530. LOPEZ Rojas stated that PENA's cellphone number is 602-587-9431. LOPEZ Rojas showed SA Richards and Your Affiant text messages off her cellphone and explained the text messages were GAYTAN informing LOPEZ Rojas of the speed limit and how fast she could travel over the speed limit.

34. At approximately 12:40 pm, LOPEZ Rojas positively identified non-identifying photographs of GAYTAN and PENA. LOPEZ Rojas positively identified PENA's cellphone belonging to PENA and GAYTAN's cellphone belonging to GAYTAN. LOPEZ Rojas called telephone number 602-637-8530 and SA Richards and Your Affiant observed GAYTAN's cellphone ring. LOPEZ Rojas attempted to call PENA's cellphone, but advised her call could not be completed. After the interview, LOPEZ Rojas was transported to the Garfield County Jail without incident.

## PENA's Interview on September 18, 2024

35. On September 18, 2024, at approximately 2:05 pm, SA Richards and TFO Tetzlaff conducted an interview of Consuelo Stephanee PENA at the Rifle Police Department in Rifle, Colorado. SA Richards read PENA her Miranda Rights off a DEA 13a. PENA acknowledged she understood and agreed to answer questions. This report was recorded on Your Affiant's GCSO body camera and is not verbatim.

36. PENA advised that GAYTAN sells "blue fentanyl pills" and talks to his brother-in-law a lot for "work." PENA explained that she and GAYTAN came on this trip because GAYTAN informed her that "he had work to do" and they were going to visit friends in Grand Junction, Colorado, then travel to Denver, Colorado. PENA advised the fentanyl pills were going to a mechanic shop in Denver and/or an apartment in Aurora, Colorado. PENA stated that on this trip, there was another vehicle that travelled with GAYTAN and her. PENA stated that she and GAYTAN know LOPEZ Rojas through friends of friends, and they met LOPEZ Rojas at an Arco gas station near her and GAYTAN's residence the night they left. PENA stated that GAYTAN rented a car, or cars, for this trip. PENA advised that when they met LOPEZ Rojas at the gas station, GAYTAN got out and talked with LOPEZ Rojas, GAYTAN got back in their car, and they left. PENA stated that GAYTAN didn't specifically tell her that there were drugs in the other (LOPEZ Rojas) vehicle. PENA advised they left Phoenix around 10:00 pm the night prior. PENA advised that less than a year ago, LOPEZ Rojas "went with GAYTAN on a trip." PENA stated she did not know if the trip was for transporting drugs, or money, or what. PENA advised that when GAYTAN transports drugs and drops them off, he stays in the town that he dropped off at while the money is being collected.

37.	PENA explained that when Leslie got pulled over by law enforcement, she was sleeping, and GAYTAN woke her up. PENA stated that GAYTAN immediately called his brother-in-law, Christian.

### PENA's Interview on September 20, 2024

38.	On September 20, 2024, at approximately 11:15 am, SA Richards and Your Affiant conducted an interview of Consuelo Stephanee PENA at the Garfield County Sheriff's Office in Glenwood Springs, Colorado. The day prior, Your Affiant received a request stating that PENA wished to speak with TFO's again. SA Richards did not read PENA her Miranda Rights, as PENA was informed that SA Richards and Your Affiant did not want to speak about her current case. PENA acknowledged she understood and agreed to speak with SA Richards and Your Affiant. This interview was recorded on Your Affiant's GCSO body camera and is not verbatim.

39.	PENA advised that she met LOPEZ Rojas through her (PENA's) cousin. PENA explained that GAYTAN "was looking for girls to drive for them" so GAYTAN met LOPEZ Rojas through PENA's cousin and through an additional individual who used to live and sell large quantities of illegal drugs in Phoenix but recently moved to Denver.

40.	PENA stated that LOPEZ Rojas lives at the Lynnwood Apartments, located at 5535 West McDowell Road in Phoenix, in the northeast building (which LOPEZ Rojas previously confirmed in a prior interview and advised her apartment number is #2011). PENA advised that LOPEZ Rojas lives with three additional females. PENA advised that LOPEZ Rojas and all of her roommates transport illegal drugs, pick up money, use their bank accounts, use money transfers over Western Union and CashApp, and rent rental vehicles for GAYTAN and additional drug distributors in the Phoenix area that are selling and transporting large

15

quantities of illegal drugs. PENA advised LOPEZ Rojas' apartment is also sometimes used as a "stash house."

41.     PENA explained that one of LOPEZ Rojas' roommates is the stepsister of "a big guy" in Mexico, Bryant FELIX. PENA stated that Bryant FELIX is from the same place in Mexico as GAYTAN's source of supply, La Loma, Culiacan, and PENA assumes that Bryant FELIX and GAYTAN's source of supply are both working for the "El Mayo" faction of the Sinaloa Cartel. PENA stated she was supposed to keep it secret that LOPEZ Rojas and her roommates are all "driving" for large scale drug distributors in the Phoenix area.

## Conclusion

42.     Based upon the aforementioned information, events, and Your Affiant's training and experience, Your Affiant believes there is probable cause to believe that on September 18, 2024, within the state and Judicial District of Colorado, Leslie Lopez Rojas conspired with others, and was in possession with intent to distribute approximately 60 pounds

//

//

//

of suspected fentanyl pills (approximately 276,486 pills), in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C) and for violation of 21U.S.C. § 846.

Respectfully Submitted,

*s/ Jared Tetzlaff*
Jared Tetzlaff
Task Force Officer
Drug Enforcement Administration

Subscribed and sworn to before me by reliable electronic means on __October 29_____, 2024.

*Richard T. Gurley*
THE HON. RICHARD GURLEY
UNITED STATES MAGISTRATE JUDGE

**Affidavit reviewed and submitted by Janelle Surace, Special Assistant United States Attorney.**

17